# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSON,<br><br>    Plaintiff,<br><br>             v.<br><br>SIXINONE, et al.,<br><br>    Defendants | Case No.: 25-cv-01436<br><br>Hon. Judge Christy Criswell Wiegand<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, the Defendants identified in the attached list (hereinafter referred to as the "Group A Defendants" or "Defendants"), by and through their undersigned counsel, requests that a copy of the pleadings and all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: November 21, 2025

                                            Respectfully Submitted,

                                            */s/ Jiyuan Zhang*
                                            By: Jiyuan Zhang, Esq.
                                            **J. Zhang and Associates, P.C.**
                                            3712 Prince Street, Ste 9C
                                            Flushing, NY 11354
                                            Tel: 718.701.5098
                                            contact@jzhanglaws.com

                                            ***Attorney for Defendants***

## Group A Defendants

| Defendant's Name | Def. No. |
|---|---|
| Sixinone | NO.1 |
| rapiessss | NO.2 |
| GETIFIT exquisite murals | NO.3 |
| Showmemars | NO.4 |
| Molly Art Paintings | NO.5 |
| Cute and sweet oil painting shop | NO.6 |
| onewallart | NO.7 |
| jingfeierhao | NO.8 |
| Feel Cool Poster | NO.9 |
| PRIZESSS | NO.10 |
| Aesthetic Art Decor | NO.11 |
| blackcar poster | NO.12 |
| Ness Printing Art Gallery | NO.13 |
| TIEPI | NO.14 |
| Jaya Decoration | NO.15 |
| Happy Cool posters | NO.16 |
| Sunrise Decoration House | NO.17 |
| WW ART SHOP | NO.18 |
| The Home of Creative Posters | NO.19 |
| OHIGOU | NO.20 |
| FOS Wall Art | NO.21 |
| Interstellar wall art | NO.22 |
| T ak Decorative Painting | NO.23 |
| Change Our Space Decor | NO.24 |
| Colorful Life For You Poster | NO.25 |
| pay for life poster | NO.26 |
| Dream HomeO | NO.27 |
| DiDi Art Poster | NO.28 |
| lin decorative painting two | NO.29 |

| | |
|---|---|
| Craft Art Collection Wall Decor | NO.30 |
| TomiK | NO.31 |
| Annas Poster House | NO.32 |
| Rebecca Poster Art House | NO.33 |
| XifenDecoration | NO.34 |
| SuSuArt Shop | NO.35 |
| James Poster Art House | NO.36 |
| Lucky HomeB | NO.37 |
| HD ART SHOP | NO.38 |
| J Sincere Decorative painting | NO.39 |
| Black Hole Sign | NO.40 |
| Move two | NO.41 |
| She Di Prints | NO.42 |
| Blueberry Painting Shop | NO.43 |
| Wlx Wall Art | NO.44 |
| Wonderful poster decoration painting | NO.45 |
| Creative Art Poster | NO.46 |
| CTY Decorative painting | NO.47 |
| Xue Wall Art | NO.48 |
| Y HDposter | NO.49 |
| ADreamy Haven | NO.50 |
| Tin signs sun | NO.51 |
| Artistic Visions | NO.52 |
| JACK LUCY | NO.53 |
| super oil painting | NO.54 |
| Canvas Poster Painting | NO.55 |
| arrebolcl ART | NO.56 |
| lumino poster | NO.57 |
| MOMOco POSTER | NO.58 |
| Ordinary decorative arts | NO.59 |
| E High decorative painting | NO.60 |
| LJ Canvas Art | NO.61 |

| | |
|---|---|
| QIN PTING QIN | NO.62 |
| SailCanvas | NO.63 |
| Good merchant F | NO.64 |
| A big oil painting shop | NO.65 |
| BY Canvas Art | NO.66 |
| qiqiposter | NO.67 |
| Top selling oil painting | NO.68 |
| H Happy Decorative Painting | NO.69 |
| NJ Canvas Art | NO.70 |
| FramedWallArtistry | NO.71 |
| Jackson Wall ART | NO.72 |
| Xposter | NO.73 |
| Warm Winter Toys | NO.74 |
| Yang Huai Cong poster | NO.75 |
| JH WAII ART | NO.76 |
| Horizons wall art | NO.77 |
| A smiling oil painting shop | NO.78 |
| Helen canvas poster | NO.79 |
| Xinyang Art | NO.80 |
| Dream Edge the best canvas | NO.81 |
| GDArt Decoration | NO.82 |
| AKUX | NO.83 |
| ZOEY WALL ART | NO.84 |
| GsgMerchatShop | NO.85 |
| Roomee Poster | NO.86 |
| Linghaomaoyi | NO.87 |
| LOVEPAINTING | NO.88 |
| xingxingdada | NO.89 |
| XUNYAOZH | NO.90 |
| Xiao Yun Art Wall | NO.91 |
| CCEEE Beautiful room decor | NO.92 |
| XAA Wall Art | NO.93 |

| | |
|---|---|
| KGG Canvas Painting Shop | NO.94 |
| QYY Canvas Painting Shop | NO.95 |
| WJJ Canvas Painting Shop | NO.96 |
| YCC Canvas Painting Shop | NO.97 |
| RX Canvas Painting Shop | NO.98 |
| MXX Canvas Painting Shop | NO.99 |
| YJ Canvas Painting Shop | NO.100 |
| Qiuling Canvas Painting Shop | NO.101 |
| Chenqiu Canvas Painting Shop | NO.102 |
| Aurora Painting | NO.103 |
| YP Canvas Painting Shop | NO.104 |
| Urban Metal Decor | NO.105 |
| TIKJESCE | NO.106 |
| Take a tin painting | NO.107 |
| Yang Rui into decoration | NO.108 |
| for a moment | NO.109 |
| lin Decorative Painting three | NO.110 |
| boy Home Art | NO.111 |
| Lintiepihua | NO.112 |
| Danny li | NO.113 |
| CyrilTan | NO.114 |
| HC Canvas Painting Shop | NO.115 |
| Home Decoration Painting Art | NO.116 |
| KX Canvas Painting Shop | NO.117 |
| GZ Canvas Painting Shop | NO.118 |
| Creative Digital Oil Painting | NO.119 |
| JX Canvas Painting Shop | NO.120 |
| CN Canvas Painting Shop | NO.121 |
| xunyao | NO.122 |
| Sky Art Decor Prints | NO.123 |
| CHENGXI HOME DECOR | NO.124 |
| Shouan Shop | NO.125 |

| | |
|---|---|
| EOC shop | NO.126 |
| ElonMa | NO.127 |
| Yun LuZi | NO.128 |
| XQYZC Canvas Painting Shop | NO.129 |
| NAPTM | NO.130 |
| WXJINGSHENG beautifully decorated rooms | NO.131 |
| Collaborative Digital Qil Painting Shop | NO.132 |
| Masterpiece Painting | NO.133 |
| Popular Arts | NO.134 |
| YALORA | NO.135 |
| AESTHETIC MURALS | NO.136 |
| JYZ ART | NO.137 |
| SOULXPOSTER | NO.138 |
| starry sky painting | NO.139 |
| Shine Hanging Painting | NO.140 |
| stars sea su | NO.141 |
| Artistic Life Local | NO.142 |
| Erinpaintingwork | NO.143 |
| Deepseashoping | NO.144 |
| HuWebin | NO.145 |
| Pacifism poster design | NO.146 |
| CQXSTTemu | NO.147 |
| ALX poster | NO.148 |
| Luxury Gallery | NO.149 |
| one apple poster | NO.150 |
| Steven Original Poster Factory | NO.151 |
| OK poster | NO.152 |
| one two poster | NO.153 |
| WYC Wall Art | NO.154 |
| DXY Digital canvas painting | NO.155 |
| Fine art L | NO.156 |
| Oil painting lll | NO.157 |

| | |
|---|---|
| Decorative painting girl | NO.158 |
| Decorate festival posters | NO.159 |
| Art link life | NO.160 |
| Oil Painting Housez | NO.161 |
| Art that touches the heart | NO.162 |
| Life is so wonderful | NO.163 |
| LIyuanY | NO.164 |
| Magical paintings | NO.165 |
| posters ONE | NO.166 |
| FLSTTemu | NO.167 |
| LJHESU Shop | NO.168 |
| WangJ Wall Art | NO.169 |
| Beautiful poster painting | NO.170 |
| Hualong Art | NO.171 |
| Happyposter | NO.172 |
| apple poster | NO.173 |
| Three posters | NO.174 |
| Art of living poster design | NO.175 |
| one canvas poster | NO.176 |
| Holiday decoration posters | NO.177 |
| XHY Decorative paintings and posters | NO.178 |
| XinLong Art | NO.179 |
| KYX The initial beauty | NO.180 |
| Artful Livin Wall Wonders Aesthetic Haven | NO.181 |
| XCK The significance of family happiness | NO.182 |
| Decorative Painting Superman | NO.183 |
| Oil painting Xiao Wang | NO.184 |
| First choice poster | NO.185 |
| Shop upwards for oil painting | NO.186 |
| TYG Digital oil painting factory | NO.187 |
| Renaissance Rewind | NO.188 |
| Dreamer Art Poster | NO.189 |

| | |
|---|---|
| Cool wall decor art | NO.190 |
| Wall Artrs | NO.191 |
| Oil painting poster expert | NO.192 |
| Art Design Decorative Mural | NO.193 |
| Very popular poster | NO.194 |
| KR HOME ART | NO.195 |
| Home of Posters | NO.196 |
| Aqwert | NO.197 |
| Artistlifehappy | NO.198 |
| XLA Interesting Life | NO.199 |
| Eqwert | NO.200 |
| Colorful sail poster | NO.201 |
| CQYSTTemu | NO.202 |
| Oil Painting Arter | NO.203 |
| LQB Decorative Painting Expert | NO.204 |
| voguish poster | NO.205 |
| RS ART PAINTING | NO.206 |
| Fun poster mural | NO.207 |
| ElegantC | NO.208 |
| Decorative painting guy | NO.209 |
| Oil painting Superman | NO.210 |
| JIOHUOLO | NO.211 |
| Xianyou Art Poster | NO.212 |
| super oil painter | NO.213 |
| Decorative posters | NO.214 |
| Stellar Art L | NO.215 |
| CTTSTTemu | NO.216 |
| Margot L | NO.217 |
| wall Unique poster | NO.218 |
| Jane Artistry Haven | NO.219 |
| CLVIEMNDMND | NO.220 |
| YFE Online | NO.221 |

| | |
|---|---|
| YFC Online | NO.222 |
| maiziqihao | NO.223 |
| hjkllshop | NO.224 |
| POODKLWXH | NO.225 |
| WDHAISDOO | NO.226 |
| man threes | NO.227 |
| LJ decorative painting | NO.228 |
| Dioulai Style | NO.229 |
| xing one | NO.230 |
| Dqwert | NO.231 |
| ABKIQJXB | NO.232 |
| DLKOIJXC | NO.233 |
| HGUJJHDD | NO.234 |
| BVSRNLYC | NO.235 |
| LHGYHUJIBB | NO.236 |
| man eight | NO.237 |
| ATWZULYB | NO.238 |
| FXLPAA | NO.239 |
| AZMVEYWA | NO.240 |
| PrintFlow | NO.241 |
| TTZOMDFSD | NO.242 |
| KKE GOOD SHOP | NO.243 |
| Jiuwu I | NO.244 |
| CHO Online | NO.245 |
| RavenCode Tshirt | NO.246 |
| HGUYJYFRR | NO.247 |
| Hundred Percent Men | NO.248 |
| linjing thirteen | NO.249 |
| CBINAJMC | NO.250 |
| QUUMKWXH | NO.251 |
| BSTJ Online | NO.252 |
| MBBA Online | NO.253 |

| | |
|---|---|
| SLBA Online | NO.254 |
| JNBFBFD | NO.255 |
| HLKHYB | NO.256 |
| Bo billion ecommerce | NO.257 |
| NCRCCA | NO.258 |
| Spring Buzz | NO.259 |
| FSPINXTI | NO.260 |
| AAPHGBFE | NO.261 |
| QQAUF | NO.262 |
| Chrisweng | NO.263 |
| Lokfn | NO.264 |
| InspireCrafts | NO.265 |
| StrongPower | NO.266 |
| FabricMuseShop | NO.267 |
| XMchuhai | NO.268 |
| Graffiti Art Clothing | NO.269 |
| VGoodShop | NO.270 |
| TeeMingle | NO.271 |
| TrendyTogsEmporium | NO.272 |
| Main stream | NO.273 |
| DriftTees | NO.274 |
| UniqueTee Designs | NO.275 |
| Wind Chime Whispers | NO.276 |
| T Shirt Patterned | NO.277 |
| FYHSYGYCC | NO.278 |
| JHFAJLS | NO.279 |
| JAPPPP | NO.280 |
| NLAAOAD | NO.281 |
| JIM PHIEFY | NO.282 |
| APNEUMZA | NO.283 |
| WTY FT | NO.284 |
| Current information | NO.285 |

| | |
|---|---|
| CFFFSHOP | NO.286 |
| AKJHVDJE | NO.287 |
| FASHION MANS | NO.288 |
| NobleStaple | NO.289 |
| HLKHBA | NO.290 |
| KSDWZDWST | NO.291 |
| Aurora Couture | NO.292 |
| FitWave | NO.293 |
| Gentlemens Avenue | NO.294 |
| CHL Online Local | NO.295 |
| CCB Customization | NO.296 |
| StylishManTeeHub | NO.297 |
| JUANFGDVB | NO.298 |
| E I G H T | NO.299 |
| KK Sticker | NO.300 |
| ArtHive | NO.301 |
| Believe in each other | NO.302 |
| Kardashians decorative painting | NO.303 |
| Canvas Classic Art | NO.304 |
| Creative decorative paintings | NO.305 |
| peacefulful | NO.306 |
| cartoon posters local | NO.307 |
| FFD Decorative paintings and posters | NO.308 |
| Haolong local | NO.309 |
| Rc Craze House | NO.310 |
| Majestic poster | NO.311 |
| The Birth of Art | NO.312 |
| Pink Wall Art | NO.313 |
| QiuqiuSTtemu | NO.314 |
| Artful Decor Vision | NO.315 |
| Fun Supply Wall Art | NO.316 |
| linliting | NO.317 |

| | |
|---|---|
| Alina Home Decor | NO.318 |
| RZ ART SHOP | NO.319 |
| First Wall Art | NO.320 |
| Wall Painting Art | NO.321 |
| FREE ART SHOP | NO.322 |
| The poster looks great | NO.323 |
| longlost | NO.324 |
| Sam Art Painting | NO.325 |
| Beckonlng | NO.326 |
| Art Life Home | NO.327 |
| BJHG Mall | NO.328 |
| CCharming | NO.329 |
| Hi happy XY | NO.330 |
| Photography art poster | NO.331 |
| SheChuu | NO.332 |
| jiafenglin | NO.333 |
| LQH Trade | NO.334 |
| KSF decorative painting | NO.335 |
| Continentbuy local | NO.336 |
| Decorative painting Sunp | NO.337 |
| HeYaTou | NO.338 |
| Violet Decorative Painting Art | NO.339 |
| Canvastique | NO.340 |
| Dreamy L | NO.341 |
| RG Wall Art | NO.342 |
| Chengjin Commerce | NO.343 |
| A happy decoration painting | NO.344 |
| Raw coconutWall Art | NO.345 |
| Jack Canvas Art | NO.346 |
| Bieautiful poster | NO.347 |
| Xinqi Art | NO.348 |
| Farchat | NO.349 |

| | |
|---|---|
| HXC Digital canvas painting | NO.350 |
| Latte Art | NO.351 |
| very excellent poster | NO.352 |
| MONISUN | NO.353 |
| Art Haven Pro | NO.354 |
| poster good | NO.355 |
| lly holiday poster | NO.356 |
| Eagle Family Poster | NO.357 |
| WWM Decorative Painting Poster | NO.358 |
| Hexin Commerce | NO.359 |
| Thegood poster | NO.360 |
| Rose Gallery | NO.361 |
| Photography Enthusiast Art Poster | NO.362 |
| Orchid Gallery | NO.363 |
| Dreamer Gallery | NO.364 |
| Photo frame poster | NO.365 |
| PPArt Painting | NO.366 |
| Photo frame posteraz | NO.367 |
| HJS a pleasant dream | NO.368 |
| Jiajia Home Art Painting | NO.369 |
| Silver Fei | NO.370 |
| VCANBK | NO.371 |
| Beautiful life in dream | NO.372 |
| Fantasia Frameworks Studio | NO.373 |
| PaintedCanvases | NO.374 |
| imaginess | NO.375 |
| Lucky Selection Shop local | NO.376 |
| Ivy Growth Poster | NO.377 |
| WanWanWan | NO.378 |
| LBBArt Poster | NO.379 |
| wang li Art poster | NO.380 |
| EWSNAK | NO.381 |

| | |
|---|---|
| FARFRE ART | NO.382 |
| Cool Poster | NO.383 |
| Xiao Hang Art Poster | NO.384 |
| Artistic Impressions Posters | NO.385 |
| A nice poster | NO.386 |
| Colorful Vision poster | NO.387 |
| KingHui poster | NO.388 |
| High quality poster | NO.389 |
| This beautiful poster | NO.390 |
| APremium poster | NO.391 |
| WINPOSTER | NO.392 |
| Snail Drawing Poster | NO.393 |
| Skeleton Decoration Poster | NO.394 |
| You Are Best Poster | NO.395 |
| LuzmAtr Poster | NO.396 |
| Yangguan Poster | NO.397 |
| Decorative Figure | NO.398 |
| HL Canvas Painting Shop | NO.399 |

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on November 21, 2025, a true and correct copy of **NOTICE OF APPEARANCE**, was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and all interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang, Esq
