# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSON,<br><br>　　　　Plaintiff,<br><br>　　　　　　　v.<br><br>SIXINONE, et al.,<br><br>　　　　Defendants | **Case No.: 25-cv-01436**<br><br>Hon. Judge Christy Criswell Wiegand |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL FOR CERTAIN DEFENDANTS

Attorney Jiyuan Zhang of J. Zhang and Associates, P.C. ("Movant"), pursuant to N.D. Ill. Local Rule 83.17, respectfully moves for leave to withdraw his appearance as counsel of record for the defendants identified on Exhibit B to this Motion (the "Exhibit B Defendants").

Movant remains counsel of record for the defendants identified on Exhibit A to this Motion (the "Exhibit A Defendants").

In support of this Motion, Movant states as follows:

1. Movant previously filed a notice of appearance in this matter.

2. Movant's appearance was intended to be limited to, and based upon, Movant's engagement to represent only the defendants identified on Exhibit A.

3. Due to the manner in which defendants are identified and linked on the docket in cases involving numerous defendants, Movant's notice of appearance has been reflected as applying to additional defendants beyond the scope of Movant's engagement.

4. Movant has not been retained by, and did not intend to enter an appearance for, the defendants identified on Exhibit B. Movant therefore seeks leave to withdraw as to the Exhibit B Defendants to clarify the record and avoid confusion regarding representation.

5. This request is made promptly and in a manner intended to avoid prejudice to any party and to facilitate orderly administration of the case.

6. Movant does not possess contact information for the Exhibit B Defendants because Movant was not retained by them and did not intend to represent them. To the extent notice is required or appropriate, Movant requests that Plaintiff provide notice to the Exhibit B Defendants using the contact information and/or marketplace records in Plaintiff's possession, custody, or control, including any information used to identify those defendants for purposes of Schedule A and service.

7. Nothing in this Motion is intended to affect the manner of service or notice as to the Exhibit B Defendants under the Federal Rules of Civil Procedure. Movant seeks this relief solely to correct the docket and clarify that Movant represents only the Exhibit A Defendants.

8. This request is made promptly after Movant became aware of the overbroad association, and granting the Motion will not prejudice any party because it merely clarifies that Movant represents only the Exhibit A Defendants.

9. Movant respectfully requests that the Court grant this Motion pursuant to Local Rule 83.17 and enter the proposed order attached hereto.

WHEREFORE, Movant respectfully requests that the Court grant the following:

   A. Leave for Movant to withdraw as counsel of record for the Exhibit B Defendants;

B.  Confirming that Movant remains counsel of record for the Exhibit A Defendants; and

C.  Together with such other relief as the Court deems just and proper.


Date: December 10, 2025

Respectfully submitted,

/s/ *Jiyuan Zhang*
**Jiyuan Zhang, Esq. (5707401)**
**J. Zhang and Associates, P. C.**
3712 Prince Street, Ste 9C,
Flushing, NY 11354
contact@jzhanglaws.com
Telephone:718-701-5098

***Attorney for Exhibit A Defendants;***
***Moving to Withdraw for Exhibit B***
***Defendants***

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSON, | **Case No.: 25-cv-01436** |
| Plaintiff, | Hon. Judge Christy Criswell Wiegand |
| v. | |
| SIXINONE, et al., | |
| Defendants | |

## [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAW

**AND NOW**, this ___ day of _____, 20_____, upon consideration of Movant Jiyuan Zhang's **Motion for Leave to Withdraw Appearance as Counsel for Certain Defendants** pursuant to N.D. Ill. Local Rule 83.17, the Motion is GRANTED.

IT IS HEREBY ORDERED that Movant is withdrawn as counsel of record for the defendants identified on Exhibit B.

IT IS FURTHER ORDERED that Movant remains counsel of record for the defendants identified on Exhibit A.

SO IT IS ORDERED:

_____
Hon. Judge Christy Criswell Wiegand
United States District Judge

**AFFIRMATION OF SERVICE**

I, Jiyuan Zhang, an attorney, certifies that on December 5, 2025, a true and correct copy

of **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION**

**AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2** was filed via the CM/ECF

electronic filing system, thereby serving it upon all counsel of record and interested parties.


*/s/ Jiyuan Zhang*
Jiyuan Zhang

# EXHIBIT A

**Defendants Remaining Represented By Movant**

**("Group A Defendants")**

| Store Name | Def. No. |
| --- | --- |
| Sixinone | 1 |
| GETIFIT exquisite murals | 3 |
| Cute and sweet oil painting shop | 6 |
| Wonderful poster decoration painting | 45 |
| Y HDposter | 49 |
| super oil painting | 54 |
| Good merchant F | 64 |
| A big oil painting shop | 65 |
| qiqiposter | 67 |
| Top selling oil painting | 68 |
| Xposter | 73 |
| Yang Huai Cong poster | 75 |
| A smiling oil painting shop | 78 |
| xunyao | 122 |
| Yun LuZi | 128 |
| Pacifism poster design | 146 |
| ALX poster | 148 |
| one apple poster | 150 |
| Steven Original Poster Factory | 151 |
| OK poster | 152 |
| one two poster | 153 |
| Oil painting lll | 157 |
| Decorative painting girl | 158 |
| Oil Painting Housez | 161 |
| Art that touches the heart | 162 |
| Life is so wonderful | 163 |
| Magical paintings | 165 |
| posters ONE | 166 |

| | |
|---|---|
| LJHESU Shop | 168 |
| Beautiful poster painting | 170 |
| Happyposter | 172 |
| apple poster | 173 |
| Three posters | 174 |
| Art of living poster design | 175 |
| Holiday decoration posters | 177 |
| Artful Livin Wall Wonders Aesthetic Haven | 181 |
| Decorative Painting Superman | 183 |
| First choice poster | 185 |
| Renaissance Rewind | 188 |
| Wall Artrs | 191 |
| Art Design Decorative Mural | 193 |
| Home of posters | 196 |
| Oil Painting Arter | 203 |
| voguish poster | 205 |
| Oil painting Superman | 210 |
| Decorative posters | 214 |
| Canvas Classic Art | 304 |
| Creative decorative paintings | 305 |
| cartoon posters local | 307 |
| The Birth of Art | 312 |
| Artful Decor Vision | 315 |
| Alina Home Decor | 318 |
| Wall Painting Art | 321 |
| longlost | 324 |
| Beckonlng | 326 |
| Bieautiful poster | 347 |
| very excellent poster | 352 |
| Eagle Family Poster | 357 |
| Thegood poster | 360 |
| Beautiful life in dream | 372 |

| | |
|---|---|
| Artistic Impressions Posters | 385 |
| A nice poster | 386 |
| Colorful Vision poster | 387 |
| This beautiful poster | 390 |
| Yangguan Poster | 397 |
| Zzz poster | |

# EXHIBIT B

**Defendants For Whom Movant Seeks to Withdraw**

| Store Name | Def. No. |
|---|---|
| rapiessss | 2 |
| Showmemars | 4 |
| Molly Art Paintings | 5 |
| onewallart | 7 |
| jingfeierhao | 8 |
| Feel Cool Poster | 9 |
| PRIZESSS | 10 |
| Aesthetic Art Decor | 11 |
| blackcar poster | 12 |
| Ness Printing Art Gallery | 13 |
| TIEPI | 14 |
| Jaya Decoration | 15 |
| Happy Cool posters | 16 |
| Sunrise Decoration House | 17 |
| WW ART SHOP | 18 |
| The Home of Creative Posters | 19 |
| OHIGOU | 20 |
| FOS Wall Art | 21 |
| Interstellar wall art | 22 |
| T ak Decorative Painting | 23 |
| Change Our Space Decor | 24 |
| Colorful Life For You Poster | 25 |
| pay for life poster | 26 |
| Dream HomeO | 27 |
| DiDi Art Poster | 28 |
| lin decorative painting two | 29 |
| Craft Art Collection Wall Decor | 30 |
| TomiK | 31 |
| Annas Poster House | 32 |

| | |
|---|---|
| Rebecca Poster Art House | 33 |
| XifenDecoration | 34 |
| SuSuArt Shop | 35 |
| James Poster Art House | 36 |
| Lucky HomeB | 37 |
| HD ART SHOP | 38 |
| J Sincere Decorative painting | 39 |
| Black Hole Sign | 40 |
| Move two | 41 |
| She Di Prints | 42 |
| Blueberry Painting Shop | 43 |
| Wlx Wall Art | 44 |
| Creative Art Poster | 46 |
| CTY Decorative painting | 47 |
| Xue Wall Art | 48 |
| ADreamy Haven | 50 |
| Tin signs sun | 51 |
| Artistic Visions | 52 |
| JACK LUCY | 53 |
| Canvas Poster Painting | 55 |
| arrebolcl ART | 56 |
| lumino poster | 57 |
| MOMOco POSTER | 58 |
| Ordinary decorative arts | 59 |
| E High decorative painting | 60 |
| LJ Canvas Art | 61 |
| QIN PTING QIN | 62 |
| SailCanvas | 63 |
| BY Canvas Art | 66 |
| H Happy Decorative Painting | 69 |
| NJ Canvas Art | 70 |
| FramedWallArtistry | 71 |

| | |
|---|---|
| Jackson Wall ART | 72 |
| Warm Winter Toys | 74 |
| JH WAII ART | 76 |
| Horizons wall art | 77 |
| Helen canvas poster | 79 |
| Xinyang Art | 80 |
| Dream Edge the best canvas | 81 |
| GDArt Decoration | 82 |
| AKUX | 83 |
| ZOEY WALL ART | 84 |
| GsgMerchatShop | 85 |
| Roomee Poster | 86 |
| Linghaomaoyi | 87 |
| LOVEPAINTING | 88 |
| xingxingdada | 89 |
| XUNYAOZH | 90 |
| Xiao Yun Art Wall | 91 |
| CCEEE Beautiful room decor | 92 |
| XAA Wall Art | 93 |
| KGG Canvas Painting Shop | 94 |
| QYY Canvas Painting Shop | 95 |
| WJJ Canvas Painting Shop | 96 |
| YCC Canvas Painting Shop | 97 |
| RX Canvas Painting Shop | 98 |
| MXX Canvas Painting Shop | 99 |
| YJ Canvas Painting Shop | 100 |
| Qiuling Canvas Painting Shop | 101 |
| Chenqiu Canvas Painting Shop | 102 |
| Aurora Painting | 103 |
| YP Canvas Painting Shop | 104 |
| Urban Metal Decor | 105 |
| TIKJESCE | 106 |

| | |
|---|---|
| Take a tin painting | 107 |
| Yang Rui into decoration | 108 |
| for a moment | 109 |
| lin Decorative Painting three | 110 |
| boy Home Art | 111 |
| Lintiepihua | 112 |
| Danny li | 113 |
| CyrilTan | 114 |
| HC Canvas Painting Shop | 115 |
| Home Decoration Painting Art | 116 |
| KX Canvas Painting Shop | 117 |
| GZ Canvas Painting Shop | 118 |
| Creative Digital Oil Painting | 119 |
| JX Canvas Painting Shop | 120 |
| CN Canvas Painting Shop | 121 |
| Sky Art Decor Prints | 123 |
| CHENGXI HOME DECOR | 124 |
| Shouan Shop | 125 |
| EOC shop | 126 |
| ElonMa | 127 |
| XQYZC Canvas Painting Shop | 129 |
| NAPTM | 130 |
| WXJINGSHENG beautifully decorated rooms | 131 |
| Collaborative Digital Qil Painting Shop | 132 |
| Masterpiece Painting | 133 |
| Popular Arts | 134 |
| YALORA | 135 |
| AESTHETIC MURALS | 136 |
| JYZ ART | 137 |
| SOULXPOSTER | 138 |
| starry sky painting | 139 |
| Shine Hanging Painting | 140 |

| | |
|---|---|
| stars sea su | 141 |
| Artistic Life Local | 142 |
| Erinpaintingwork | 143 |
| Deepseashoping | 144 |
| HuWebin | 145 |
| CQXSTTemu | 147 |
| Luxury Gallery | 149 |
| WYC Wall Art | 154 |
| DXY Digital canvas painting | 155 |
| Fine art L | 156 |
| Decorate festival posters | 159 |
| Art link life | 160 |
| LIyuanY | 164 |
| FLSTTemu | 167 |
| WangJ Wall Art | 169 |
| Hualong Art | 171 |
| one canvas poster | 176 |
| XHY Decorative paintings and posters | 178 |
| XinLong Art | 179 |
| KYX The initial beauty | 180 |
| XCK The significance of family happiness | 182 |
| Oil painting Xiao Wang | 184 |
| Shop upwards for oil painting | 186 |
| TYG Digital oil painting factory | 187 |
| Dreamer Art Poster | 189 |
| Cool wall decor art | 190 |
| Oil painting poster expert | 192 |
| Very popular poster | 194 |
| KR HOME ART | 195 |
| Aqwert | 197 |
| Artistlifehappy | 198 |
| XLA Interesting Life | 199 |

| | |
|---|---|
| Eqwert | 200 |
| Colorful sail poster | 201 |
| CQYSTTemu | 202 |
| LQB Decorative Painting Expert | 204 |
| RS ART PAINTING | 206 |
| Fun poster mural | 207 |
| ElegantC | 208 |
| Decorative painting guy | 209 |
| JIOHUOLO | 211 |
| Xianyou Art Poster | 212 |
| super oil painter | 213 |
| Stellar Art L | 215 |
| CTTSTTemu | 216 |
| Margot L | 217 |
| wall Unique poster | 218 |
| Jane Artistry Haven | 219 |
| CLVIEMNDMND | 220 |
| YFE Online | 221 |
| YFC Online | 222 |
| maiziqihao | 223 |
| hjkllshop | 224 |
| POODKLWXH | 225 |
| WDHAISDOO | 226 |
| man threes | 227 |
| LJ decorative painting | 228 |
| Dioulai Style | 229 |
| xing one | 230 |
| Dqwert | 231 |
| ABKIQJXB | 232 |
| DLKOIJXC | 233 |
| HGUJJHDD | 234 |
| BVSRNLYC | 235 |

| | |
|---|---|
| LHGYHUJIBB | 236 |
| man eight | 237 |
| ATWZULYB | 238 |
| FXLPAA | 239 |
| AZMVEYWA | 240 |
| PrintFlow | 241 |
| TTZOMDFSD | 242 |
| KKE GOOD SHOP | 243 |
| Jiuwu I | 244 |
| CHO Online | 245 |
| RavenCode Tshirt | 246 |
| HGUYJYFRR | 247 |
| Hundred Percent Men | 248 |
| linjing thirteen | 249 |
| CBINAJMC | 250 |
| QUUMKWXH | 251 |
| BSTJ Online | 252 |
| MBBA Online | 253 |
| SLBA Online | 254 |
| JNBFBFD | 255 |
| HLKHYB | 256 |
| Bo billion ecommerce | 257 |
| NCRCCA | 258 |
| Spring Buzz | 259 |
| FSPINXTI | 260 |
| AAPHGBFE | 261 |
| QQAUF | 262 |
| Chrisweng | 263 |
| Lokfn | 264 |
| InspireCrafts | 265 |
| StrongPower | 266 |
| FabricMuseShop | 267 |

| | |
|---|---|
| XMchuhai | 268 |
| Graffiti Art Clothing | 269 |
| VGoodShop | 270 |
| TeeMingle | 271 |
| TrendyTogsEmporium | 272 |
| Main stream | 273 |
| DriftTees | 274 |
| UniqueTee Designs | 275 |
| Wind Chime Whispers | 276 |
| T Shirt Patterned | 277 |
| FYHSYGYCC | 278 |
| JHFAJLS | 279 |
| JAPPPP | 280 |
| NLAAOAD | 281 |
| JIM PHIEFY | 282 |
| APNEUMZA | 283 |
| WTY FT | 284 |
| Current information | 285 |
| CFFFSHOP | 286 |
| AKJHVDJE | 287 |
| FASHION MANS | 288 |
| NobleStaple | 289 |
| HLKHBA | 290 |
| KSDWZDWST | 291 |
| Aurora Couture | 292 |
| FitWave | 293 |
| Gentlemens Avenue | 294 |
| CHL Online Local | 295 |
| CCB Customization | 296 |
| StylishManTeeHub | 297 |
| JUANFGDVB | 298 |
| E I G H T | 299 |

| | |
|---|---|
| KK Sticker | 300 |
| ArtHive | 301 |
| Believe in each other | 302 |
| Kardashians decorative painting | 303 |
| peacefulful | 306 |
| FFD Decorative paintings and posters | 308 |
| Haolong local | 309 |
| Rc Craze House | 310 |
| Majestic poster | 311 |
| Pink Wall Art | 313 |
| QiuqiuSTtemu | 314 |
| Fun Supply Wall Art | 316 |
| linliting | 317 |
| RZ ART SHOP | 319 |
| First Wall Art | 320 |
| FREE ART SHOP | 322 |
| The poster looks great | 323 |
| Sam Art Painting | 325 |
| Art Life Home | 327 |
| BJHG Mall | 328 |
| CCharming | 329 |
| Hi happy XY | 330 |
| Photography art poster | 331 |
| SheChuu | 332 |
| jiafenglin | 333 |
| LQH Trade | 334 |
| KSF decorative painting | 335 |
| Continentbuy local | 336 |
| Decorative painting Sunp | 337 |
| HeYaTou | 338 |
| Violet Decorative Painting Art | 339 |
| Canvastique | 340 |

| | |
|---|---|
| Dreamy L | 341 |
| RG Wall Art | 342 |
| Chengjin Commerce | 343 |
| A happy decoration painting | 344 |
| Raw coconutWall Art | 345 |
| Jack Canvas Art | 346 |
| Xinqi Art | 348 |
| Farchat | 349 |
| HXC Digital canvas painting | 350 |
| Latte Art | 351 |
| MONISUN | 353 |
| Art Haven Pro | 354 |
| poster good | 355 |
| lly holiday poster | 356 |
| WWM Decorative Painting Poster | 358 |
| Hexin Commerce | 359 |
| Rose Gallery | 361 |
| Photography Enthusiast Art Poster | 362 |
| Orchid Gallery | 363 |
| Dreamer Gallery | 364 |
| Photo frame poster | 365 |
| PPArt Painting | 366 |
| Photo frame posteraz | 367 |
| HJS a pleasant dream | 368 |
| Jiajia Home Art Painting | 369 |
| Silver Fei | 370 |
| VCANBK | 371 |
| Fantasia Frameworks Studio | 373 |
| PaintedCanvases | 374 |
| imaginess | 375 |
| Lucky Selection Shop local | 376 |
| Ivy Growth Poster | 377 |

| | |
|---|---|
| WanWanWan | 378 |
| LBBArt Poster | 379 |
| wang li Art poster | 380 |
| EWSNAK | 381 |
| FARFRE ART | 382 |
| Cool Poster | 383 |
| Xiao Hang Art Poster | 384 |
| KingHui poster | 388 |
| High quality poster | 389 |
| APremium poster | 391 |
| WINPOSTER | 392 |
| Snail Drawing Poster | 393 |
| Skeleton Decoration Poster | 394 |
| You Are Best Poster | 395 |
| LuzmAtr Poster | 396 |
| Decorative Figure | 398 |
| HL Canvas Painting Shop | 399 |