# EXHIBIT A

**Defendants Remaining Represented By Movant**

**("Group A Defendants")**

| Store Name | Def. No. |
|---|---|
| Sixinone | 1 |
| GETIFIT exquisite murals | 3 |
| Cute and sweet oil painting shop | 6 |
| Wonderful poster decoration painting | 45 |
| Y HDposter | 49 |
| super oil painting | 54 |
| Good merchant F | 64 |
| A big oil painting shop | 65 |
| qiqiposter | 67 |
| Top selling oil painting | 68 |
| Xposter | 73 |
| Yang Huai Cong poster | 75 |
| A smiling oil painting shop | 78 |
| xunyao | 122 |
| Yun LuZi | 128 |
| Pacifism poster design | 146 |
| ALX poster | 148 |
| one apple poster | 150 |
| Steven Original Poster Factory | 151 |
| OK poster | 152 |
| one two poster | 153 |
| Oil painting lll | 157 |
| Decorative painting girl | 158 |
| Oil Painting Housez | 161 |
| Art that touches the heart | 162 |
| Life is so wonderful | 163 |
| Magical paintings | 165 |
| posters ONE | 166 |

| | |
|---|---|
| LJHESU Shop | 168 |
| Beautiful poster painting | 170 |
| Happyposter | 172 |
| apple poster | 173 |
| Three posters | 174 |
| Art of living poster design | 175 |
| Holiday decoration posters | 177 |
| Artful Livin Wall Wonders Aesthetic Haven | 181 |
| Decorative Painting Superman | 183 |
| First choice poster | 185 |
| Renaissance Rewind | 188 |
| Wall Artrs | 191 |
| Art Design Decorative Mural | 193 |
| Home of posters | 196 |
| Oil Painting Arter | 203 |
| voguish poster | 205 |
| Oil painting Superman | 210 |
| Decorative posters | 214 |
| Canvas Classic Art | 304 |
| Creative decorative paintings | 305 |
| cartoon posters local | 307 |
| The Birth of Art | 312 |
| Artful Decor Vision | 315 |
| Alina Home Decor | 318 |
| Wall Painting Art | 321 |
| longlost | 324 |
| Beckonlng | 326 |
| Bieautiful poster | 347 |
| very excellent poster | 352 |
| Eagle Family Poster | 357 |
| Thegood poster | 360 |
| Beautiful life in dream | 372 |

| | |
|---|---|
| Artistic Impressions Posters | 385 |
| A nice poster | 386 |
| Colorful Vision poster | 387 |
| This beautiful poster | 390 |
| Yangguan Poster | 397 |
| Zzz poster | |