# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEL PARSON,<br><br>    Plaintiff,<br><br>         v.<br><br>SIXINONE, et al.,<br><br>    Defendants | Case No.: 25-cv-01436<br><br>Hon. Judge Christy Criswell Wiegand |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 7.1**

Defendants in this action identified on Schedule A who are included in "Group A Defendants" as defined in Defendants' Notice of Appearance [ECF No. 40] ("Group A Defendants" or Defendants"), all nongovernmental corporate parties, make the following disclosures pursuant to FEDERAL RULE 7.1:

1. Sixinone: Shunchang County Liuheyi Culture Media Co., Ltd. is the parent entity and owns 100% of Sixinone. No publicly held corporation owns 10% or more of the stock of Sixinone.

2. xunyao: Xiamen Xunyao Trading Co., Ltd. is the parent entity and owns 100% of xunyao. No publicly held corporation owns 10% or more of the stock of xunyao.

3. Yun LuZi: Xiamen Yunluzi Network Technology Co., Ltd. is the parent entity and owns 100% of Yun LuZi. No publicly held corporation owns 10% or more of the stock of Yun LuZi.

4. Pacifism poster design: Guotai Department Store, Ningjiang District, Songyuan City (Individual Business) is the parent entity and owns 100% of Pacifism poster design. No publicly held corporation owns 10% or more of the stock of Pacifism poster design.

5. ALX poster: Yuanlichun Department Store, Wuyang County, Luohe City (Individual Business Owner) is the parent entity and owns 100% of ALX poster. No publicly held corporation owns 10% or more of the stock of ALX poster.

6. one apple poster: Zhengyaoyi Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of one apple poster. No publicly held corporation owns 10% or more of the stock of one apple poster.

7. Steven Original Poster Factory: Huiying Department Store, Ningjiang District, Songyuan City (Individual Business Owner) is the parent entity and owns 100% of Steven Original Poster Factory. No publicly held corporation owns 10% or more of the stock of Steven Original Poster Factory.

8. OK poster: Zhengfeng Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of OK poster. No publicly held corporation owns 10% or more of the stock of OK poster.

9. one two poster: Qiu Wenjie is the individual owner and owns 100% of one two poster. No publicly held corporation owns 10% or more of the stock of one two poster.

10. DXY Digital canvas painting: Lanmanghui Information Technology Consulting Department, Shunde District, Foshan City (Sole Business) is the parent entity and owns 100% of DXY Digital canvas painting. No publicly held corporation owns 10% or more of the stock of DXY Digital canvas painting.

11. Oil painting lll: Yidu City Duobei Trading Company (Individual Business Owner) is the parent entity and owns 100% of Oil painting lll. No publicly held corporation owns 10% or more of the stock of Oil painting lll.

12. Decorative painting girl: Liang Cairong is the individual owner and owns 100% of Decorative painting girl. No publicly held corporation owns 10% or more of the stock of Decorative painting girl.

13. Oil Painting Housez: Lin Chengrong is the individual owner and owns 100% of Oil Painting Housez. No publicly held corporation owns 10% or more of the stock of Oil Painting Housez.

14. Art that touches the heart: Zhanyangzhong Department Store (sole business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of Art that touches the heart. No publicly held corporation owns 10% or more of the stock of Art that touches the heart.

15. Life is so wonderful: Haikou Longhua Ruizhicheng Department Store is the parent entity and owns 100% of Life is so wonderful. No publicly held corporation owns 10% or more of the stock of Life is so wonderful.

16. Magical paintings: Langmanman Furniture Store, Longhua District, Haikou is the parent entity and owns 100% of Magical paintings. No publicly held corporation owns 10% or more of the stock of Magical paintings.

17. posters ONE: Huang Zhichao is the individual owner and owns 100% of posters ONE. No publicly held corporation owns 10% or more of the stock of posters ONE.

18. LJHESU Shop: Zhiyiqian Department Store, Wuyang County, Luohe City (Individual Business Owner) is the parent entity and owns 100% of LJHESU Shop. No publicly held corporation owns 10% or more of the stock of LJHESU Shop.

19. Beautiful poster painting: Li Guichun is the individual owner and owns 100% of Beautiful poster painting. No publicly held corporation owns 10% or more of the stock of Beautiful poster painting.

20. Happyposter: Jiachengwang Furniture Store, Longhua District, Haikou is the parent entity and owns 100% of Happyposter. No publicly held corporation owns 10% or more of the stock of Happyposter.

21. apple poster: Binghengxu Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of apple poster. No publicly held corporation owns 10% or more of the stock of apple poster.

22. Three posters: Yuanlinkai Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of Three posters. No publicly held corporation owns 10% or more of the stock of Three posters.

23. Art of living poster design: Jingpeng Department Store, Ningjiang District, Songyuan City (Individual Business) is the parent entity and owns 100% of Art of living poster design. No publicly held corporation owns 10% or more of the stock of Art of living poster design.

24. Holiday decoration posters: Jinchenxin Department Store, Longhua District, Haikou is the parent entity and owns 100% of Holiday decoration posters. No publicly held corporation owns 10% or more of the stock of Holiday decoration posters.

25. XHY Decorative paintings and posters: Xu Haiyong is the individual owner and owns 100% of XHY Decorative paintings and posters. No publicly held corporation owns 10% or more of the stock of XHY Decorative paintings and posters.

26. KYX The initial beauty: Kangyixiang Trading Company (Individual Business) of Jin'an District, Fuzhou City is the parent entity and owns 100% of KYX The initial beauty. No publicly held corporation owns 10% or more of the stock of KYX The initial beauty.

27. Artful Livin Wall Wonders Aesthetic Haven: Suzhou and Hangzhou Music is the parent entity and owns 100% of Artful Livin Wall Wonders Aesthetic Haven. No publicly held corporation owns 10% or more of the stock of Artful Livin Wall Wonders Aesthetic Haven.

28. Decorative Painting Superman: Yu Furong is the individual owner and owns 100% of Decorative Painting Superman. No publicly held corporation owns 10% or more of the stock of Decorative Painting Superman.

29. First choice poster: Liuzhu Department Store, Ningjiang District, Songyuan City (Sole Business Owner) is the parent entity and owns 100% of First choice poster. No publicly held corporation owns 10% or more of the stock of First choice poster.

30. TYG Digital oil painting factory: Fuzhou City Jin'an District Teyuange Trading Company (Individual Business) is the parent entity and owns 100% of TYG Digital oil painting factory. No publicly held corporation owns 10% or more of the stock of TYG Digital oil painting factory.

31. Renaissance Rewind: Suzhou and Hangzhou Music is the parent entity and owns 100% of Renaissance Rewind. No publicly held corporation owns 10% or more of the stock of Renaissance Rewind.

32. Wall Artrs: Fuyu City Yuli Department Store (Sole Business) is the parent entity and owns 100% of Wall Artrs. No publicly held corporation owns 10% or more of the stock of Wall Artrs.

33. Oil painting poster expert: Wang Yueying is the individual owner and owns 100% of Oil painting poster expert. No publicly held corporation owns 10% or more of the stock of Oil painting poster expert.

34. Art Design Decorative Mural: Fuyu City Xijin Department Store (Individual Business) is the parent entity and owns 100% of Art Design Decorative Mural. No publicly held corporation owns 10% or more of the stock of Art Design Decorative Mural.

35. Home of posters: Guangzhou Dehe Trading Company (Sole Proprietorship) is the parent entity and owns 100% of Home of posters. No publicly held corporation owns 10% or more of the stock of Home of posters.

36. Oil Painting Arter: Yidu City Qiwei Trading Company (Individual Business Owner) is the parent entity and owns 100% of Oil Painting Arter. No publicly held corporation owns 10% or more of the stock of Oil Painting Arter.

37. Oil painting Superman: Chen Xin is the individual owner and owns 100% of Oil painting Superman. No publicly held corporation owns 10% or more of the stock of Oil painting Superman.

38. Decorative posters: Tengxuange Department Store (Individual Business) in Liangzihu District, Ezhou City is the parent entity and owns 100% of Decorative posters. No publicly held corporation owns 10% or more of the stock of Decorative posters.

39. LJ decorative painting: Chen Jing is the individual owner and owns 100% of LJ decorative painting. No publicly held corporation owns 10% or more of the stock of LJ decorative painting.

40. GETIFIT exquisite murals: Shunchang Win-Win E-commerce Co., Ltd. is the parent entity and owns 100% of GETIFIT exquisite murals. No publicly held corporation owns 10% or more of the stock of GETIFIT exquisite murals.

41. Canvas Classic Art: Huaifu Trading Company (Individual Business) of Jin'an District, Fuzhou City is the parent entity and owns 100% of Canvas Classic Art. No publicly held corporation owns 10% or more of the stock of Canvas Classic Art.

42. Creative decorative paintings: Yang Yixun is the individual owner and owns 100% of Creative decorative paintings. No publicly held corporation owns 10% or more of the stock of Creative decorative paintings.

43. cartoon posters local: Tengxuange Department Store (Individual Business) in Liangzihu District, Ezhou City is the parent entity and owns 100% of cartoon posters local. No publicly held corporation owns 10% or more of the stock of cartoon posters local.

44. FFD Decorative paintings and posters: Henghaosi Trading Company (Individual Business) of Jin'an District, Fuzhou City is the parent entity and owns 100% of FFD Decorative paintings and posters. No publicly held corporation owns 10% or more of the stock of FFD Decorative paintings and posters.

45. The Birth of Art: Xingyu Department Store (Solely Owned Business) in Ningjiang District, Songyuan City is the parent entity and owns 100% of The Birth of Art. No publicly held corporation owns 10% or more of the stock of The Birth of Art.

46. Artful Decor Vision: Suhan Trading Company (Individual Business) in Jin'an District, Fuzhou City is the parent entity and owns 100% of Artful Decor Vision. No publicly held corporation owns 10% or more of the stock of Artful Decor Vision.

47. Alina Home Decor: Meiyimei Department Store, Wuyang County, Luohe City (Individual Business Owner) is the parent entity and owns 100% of Alina Home Decor. No publicly held corporation owns 10% or more of the stock of Alina Home Decor.

48. Wall Painting Art: Zhang Meixi is the individual owner and owns 100% of Wall Painting Art. No publicly held corporation owns 10% or more of the stock of Wall Painting Art.

49. longlost: Wei is the parent entity and owns 100% of longlost. No publicly held corporation owns 10% or more of the stock of longlost.

50. Beckonlng: Jia Yujie is the individual owner and owns 100% of Beckonlng. No publicly held corporation owns 10% or more of the stock of Beckonlng.

51. KSF decorative painting: Kaishunfu Trading Company (Individual Business) of Jin'an District, Fuzhou City is the parent entity and owns 100% of KSF decorative painting. No publicly held corporation owns 10% or more of the stock of KSF decorative painting.

52. RG Wall Art: Jifeiyu E-commerce Firm (Individual Business) in Gulou District, Fuzhou City is the parent entity and owns 100% of RG Wall Art. No publicly held corporation owns 10% or more of the stock of RG Wall Art.

53. very excellent poster: Binxiaoji Department Store, Qinhan New City, Xixian New Area (Individual Business Owner) is the parent entity and owns 100% of very excellent poster. No publicly held corporation owns 10% or more of the stock of very excellent poster.

54. Eagle Family Poster: Sun Bozheng Department Store (sole business owner) in Wuyang County, Luohe City is the parent entity and owns 100% of Eagle Family Poster. No publicly held corporation owns 10% or more of the stock of Eagle Family Poster.

55. Thegood poster: Jingtenghu Furniture Store, Longhua District, Haikou is the parent entity and owns 100% of Thegood poster. No publicly held corporation owns 10% or more of the stock of Thegood poster.

56. Beautiful life in dream: Jimeiyou Furniture Store, Longhua District, Haikou is the parent entity and owns 100% of Beautiful life in dream. No publicly held corporation owns 10% or more of the stock of Beautiful life in dream.

57. Artistic Impressions Posters: Qinyu Department Store, Ningjiang District, Songyuan City (Individual Business Owner) is the parent entity and owns 100% of Artistic Impressions Posters. No publicly held corporation owns 10% or more of the stock of Artistic Impressions Posters.

58. A nice poster: Yuanlinyu Department Store, Qinhan New City, Xixian New Area (Sole Business Owner) is the parent entity and owns 100% of A nice poster. No publicly held corporation owns 10% or more of the stock of A nice poster.

59. Colorful Vision poster: Zhang Zhongjin is the individual owner and owns 100% of Colorful Vision poster. No publicly held corporation owns 10% or more of the stock of Colorful Vision poster.

60. Zzz poster: Yuanhu Department Store, Lusong District, Zhuzhou City (Individual Business Owner) is the parent entity and owns 100% of Zzz poster. No publicly held corporation owns 10% or more of the stock of Zzz poster.

61. This beautiful poster: Xingyuan Department Store, Ningjiang District, Songyuan City (Individual Business Owner) is the parent entity and owns 100% of This beautiful poster. No publicly held corporation owns 10% or more of the stock of This beautiful poster.

62. Yangguan Poster: Yiyunke Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of Yangguan Poster. No publicly held corporation owns 10% or more of the stock of Yangguan Poster.

63. Wonderful poster decoration painting: Shunchang Qifengle Trading Company (Individual Business Owner) is the parent entity and owns 100% of Wonderful poster decoration painting. No publicly held corporation owns 10% or more of the stock of Wonderful poster decoration painting.

64. Y HDposter: Shunchang Yunsen E-commerce Co., Ltd. is the parent entity and owns 100% of Y HDposter. No publicly held corporation owns 10% or more of the stock of Y HDposter.

65. super oil painting: Zhang Dongqin is the individual owner and owns 100% of super oil painting. No publicly held corporation owns 10% or more of the stock of super oil painting.

66. Cute and sweet oil painting shop: Zhijiang City Chuanzeyu Department Store (Individual Business) is the parent entity and owns 100% of Cute and sweet oil painting shop. No publicly held corporation owns 10% or more of the stock of Cute and sweet oil painting shop.

67. LJ Canvas Art: Lin Jing is the individual owner and owns 100% of LJ Canvas Art. No publicly held corporation owns 10% or more of the stock of LJ Canvas Art.

68. Good merchant F: Lin Zuhua is the individual owner and owns 100% of Good merchant F. No publicly held corporation owns 10% or more of the stock of Good merchant F.

69. A big oil painting shop: Kuang Qiying Department Store (Individual Business Owner) in Zhijiang City is the parent entity and owns 100% of A big oil painting shop. No publicly held corporation owns 10% or more of the stock of A big oil painting shop.

70. BY Canvas Art: He Baoyin is the individual owner and owns 100% of BY Canvas Art. No publicly held corporation owns 10% or more of the stock of BY Canvas Art.

71. qiqiposter: Shunchang County Linlan E-commerce Co., Ltd. is the parent entity and owns 100% of qiqiposter. No publicly held corporation owns 10% or more of the stock of qiqiposter.

72. Top selling oil painting: Xiao Xiujuan is the individual owner and owns 100% of Top selling oil painting. No publicly held corporation owns 10% or more of the stock of Top selling oil painting.

73. NJ Canvas Art: Linjing Clothing Store (Sole Proprietorship) in Yuefeng Town, Jin'an District, Fuzhou City is the parent entity and owns 100% of NJ Canvas Art. No publicly held corporation owns 10% or more of the stock of NJ Canvas Art.

74. Xposter: Shunchang County Linlan E-commerce Co., Ltd. is the parent entity and owns 100% of Xposter. No publicly held corporation owns 10% or more of the stock of Xposter.

75. Yang Huai Cong poster: Yang Huaicong is the individual owner and owns 100% of Yang Huai Cong poster. No publicly held corporation owns 10% or more of the stock of Yang Huai Cong poster.

76. A smiling oil painting shop: Yuanyongchong Department Store (Individual Business) in Qinhan New City, Xixian New Area is the parent entity and owns 100% of A smiling oil painting shop. No publicly held corporation owns 10% or more of the stock of A smiling oil painting shop.

Dated: December 12, 2025

                                          Respectfully Submitted,

                                          ***J. Zhang and Associates, P.C.***
                                          ***Attorney for certain Defendants,***

                                          */s/ Jiyuan Zhang*

                                          _____
                                          By: Jiyuan Zhang, Esq. (5707401)
                                          37-12 Prince Street, Ste 9C
                                          Flushing, NY 11354
                                          Tel: (718) 701 - 5098
                                          Contact@jzhanglaws.com
                                          JZ@jzhanglaws.com

## AFFIRMATION OF SERVICE

I, Jiyuan Zhang, an attorney, certifies that on December 12, 2025, a true and correct copy of **DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 7.1** was filed via the CM/ECF electronic filing system, thereby serving it upon all counsel of record and interested parties.

*/s/ Jiyuan Zhang*
Jiyuan Zhang